# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 1

**Case No.:** 1:18-14810 SRD  
**Case Name:** WABASH VALLEY WOOD PROTECTION, INC.  
**For Period Ending:** 12/31/2020

**Trustee Name:** (620560) Robert J. Wilkinson  
**Date Filed (f) or Converted (c):** 06/06/2019 (c)  
**§ 341(a) Meeting Date:** 07/17/2019  
**Claims Bar Date:** 09/17/2019

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a) abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | checking Account at German American Bank, Vincennes, IN, xxxxxx7801 | 3,482.52 | 3,482.52 | | 0.00 | FA |
| 2 | checking Account at First Financial Bank, Vincennes, IN, xxxxxx1451 | 2,071.04 | 2,071.04 | | 0.00 | FA |
| 3 | A/R 90 days old or less. Face amount = $6,000.00. Doubtful/Uncollectible accounts = $0.00. | 6,000.00 | 6,000.00 | | 0.00 | FA |
| 4 | Finished goods: lumber, Net Book Value: $0.00 | 50,000.00 | 50,000.00 | | 0.00 | FA |
| 5 | office furniture. | 2,000.00 | 2,000.00 | | 0.00 | FA |
| 6 | 2014 Ford Edge Limited (mileage 60,000). | 19,000.00 | 520.81 | | 0.00 | FA |
| 7 | freightliner. | 35,000.00 | 35,000.00 | | 0.00 | FA |
| 8 | equipment and AR and inventory. | 627,553.76 | 94,612.12 | | 305,597.54 | FA |
| 9 | real property at 700 Fulton Glass Road, Vincennes, IN | 655,000.00 | 655,000.00 | | 0.00 | FA |
| 9 | **Assets Totals** (Excluding unknown values) | **$1,400,107.32** | **$848,686.49** | | **$305,597.54** | **$0.00** |

**Major Activities Affecting Case Closing:**

1/18/21-Reviewing claims to close case  
1/11/21--Claim withdrawn by Keith Cochran  
1/8/21 Applications filed by David Fulton and Keith Cochran for fees--awaiting objections and orders to begin closing case.  
11/9/2020 Awaiting tax reveiw by CPA

**Initial Projected Date Of Final Report (TFR):** 02/29/2020  
**Current Projected Date Of Final Report (TFR):** 05/31/2021